COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Moses Eli Lopez v. The State of Texas

Appellate case number:     01-18-01004-CR, and
                            01-18-01009-CR

Trial court case number:    1562829, and
                            1562830

Trial court:                     248th District Court of Harris County

Appellant Moses Eli Lopez's brief initially was due in each appeal on February 27, 2019. *See* TEX. R. APP. P. 38.6(a). After this Court granted three motions for an extension, appellant's brief was due to be filed by May 28, 2019, with no further extensions. *See* TEX. R. APP. P. 38.6(d). Appellant has filed a fourth motion requesting an extension to June 13, 2019 to file his brief in each appeal. The motion is **granted**. Appellant's brief in each appeal is due to be filed no later than **Thursday, June 13, 2019. No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                         ☑ Acting individually     ☐ Acting for the Court

Date: ___June 4, 2019___